# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL SPOON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-18-580-D |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff Samuel Spoon brought this action seeking judicial review of the Social Security Administration's denial of disability insurance benefits and supplemental security income. The matter was referred to United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. §§ 636(b)(1)(B), 636 (b)(3). On February 28, 2019, Judge Jones issued his Report and Recommendation [Doc. No. 23] recommending that the Commissioner's decision be affirmed.

In his Report and Recommendation, Judge Jones advised the parties that any objections were to be filed by March 14, 2019. Judge Jones also cautioned the parties that a failure to object would result in waiver of the right to appellate review of factual and legal findings made in the Report. Report at 11. To date, neither party has filed an objection or sought an extension of time to do so. Accordingly, the Report and Recommendation is **ADOPTED** in its entirety as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 15th day of March 2019.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE